DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSEPH C. CROISSANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 09-22-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO VACATE |
| ) | TRIAL AND TO SET HEARING ON |
| v. ) | MOTION TO SUPPRESS EVIDENCE AND |
| ) | BRIEFING SCHEDULE |
| JOSEPH C. CROISSANT, ) | |
| ) | Judge: Hon. Gregory G. Hollows |
| Defendant. ) | Date: April 27, 2009 |
| _____ ) | Time: 9:00 a.m. |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, JOSEPH C. CROISSANT, by counsel, MICHAEL PETRIK, Jr., Office Of The Federal Defender, stipulate to vacate the jury trial set for March 9, 2009, at 9:00 a.m., and set this case for hearing defendant's motion to suppress evidence on April 27, 2009, at 9:00 a.m.

    The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through April 27, 2009, for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4].

Stipulation And Proposed Order      1      09-22-GGH

The parties further stipulate that the Court should exclude time through April 27, 2009, for pretrial motions.  18 U.S.C. § 3161(h)(1)(F) [Local Code E].

The parties stipulate to the following briefing schedule:

Defendant's Motion due . . . . . . . . . . . . . . . . March 20, 2009
Government's Response due . . . . . . . . . . . . . April 16, 2009
Defendant's Reply due . . . . . . . . . . . . . . . April 23, 2009
Motion Hearing . . . . . . . . . . . . April 27, 2009, at 9:00 a.m.

The parties agree that the Court may set trial following the motion hearing.

Dated: February 23, 2009         Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Staff Attorney/Misdemeanor Unit

Dated: February 24, 2009         LAWRENCE G. BROWN
                                 Acting United States Attorney

                                 /s/ Matthew Stegman
                                 _____
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: February 25, 2009

                    /s/ Gregory G. Hollows
                    _____
                    HON. GREGORY G. HOLLOWS
                    United States Magistrate Court

croissant.ord

Stipulation And Proposed Order        2                    09-22-GGH