1  LAWRENCE G. BROWN
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  COLLEEN R. VILARREAL
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2739

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Cr. No. 09-00022 JAM
                                  )
12          Plaintiff,            )   APPLICATION, DECLARATION AND
                                  )   ORDER EXTENDING BY ONE DAY THE
13      v.                        )   DEADLINE FOR FILING
                                  )   GOVERNMENT'S RESPONSE BRIEF
14 JOSEPH C. CROISSANT,           )
                                  )   Date:  November 17, 2009
15          Defendant.            )   Time:  11:00 a.m.
                                  )   Judge: Hon. John A. Mendez
16 _____)

17                            Application

18      Plaintiff, United States of America, by and through its

19 undersigned counsel, respectfully applies pursuant to Local Rule 6-

20 142 for an order extending by one court day the deadline for filing

21 its response brief regarding the denial of Defendant's motion

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                 1

1   to suppress, for the reasons stated in the attached Declaration.

2   The government's brief was due on October 5, 2009.

3   DATED: October 9, 2009.                LAWRENCE G. BROWN
                                            United States Attorney
4

5                                      By: /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
6                                          Assistant U.S. Attorney

7
                                       By: /s/ Colleen R. Villarreal
8                                          COLLEEN R. VILLARREAL
                                           Certified Law Clerk
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Declaration</u>

I, COLLEEN R. VILLARREAL, Certified Law Clerk, declare under penalty of perjury as follows.

1.  I am the assigned law clerk to this case and will be arguing the government's response at the appeal hearing on November 17, 2009.

2.  The government's brief was due October 5, 2009, pursuant to a schedule established by the Court's clerk.

2.  Upon viewing the Electronic Court Filing receipt on September 15, 2009, the government inadvertently wrote the date of September 15, 2009, as opposed to the filing date of September 14, 2009.

3.  The government calculated the 21 days from September 15, 2009, date and filed the brief 21 days later on October 6, 2009.

4.  Opposing counsel notified the government the brief was filed late.

5.  Upon review, the government found that the brief was inadvertently filed one day late because of an error in calendaring.

///
///
///
///
///
///
///
///
///
///

3

1    4.  The government does not believe the defendant will be

2  prejudiced by this one day delay.

3    Executed in Sacramento, California, on the 9th day of October,

4  2009.

5                                    /s/ Colleen R. Villarreal
                                     COLLEEN R. VILLARREAL
6                                    Certified Law Clerk

7

8                                  Order

9    The Court hereby grant's the government's application for an

10  order extending by one day the deadline for filing its response

11  brief.

12    IT IS SO ORDERED.

13  DATED: October 13, 2009            /s/ John A. Mendez
                                       JOHN A. MENDEZ
14                                     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28