```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  COLLEEN R. VILLARREAL
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSEPH C. CROISSANT, )<br>)<br>Defendant. )<br>)<br>_____ ) | Cr. No. 09-22-JAM<br><br>ORDER AUTHORIZING CERTIFIED LAW STUDENT TO APPEAR AND ARGUE ON BEHALF OF THE GOVERNMENT<br><br>DATE:   November 17, 2009<br>TIME:   11:00 a.m.<br>JUDGE:  Hon. John A. Mendez |

Under Local Rule 83-181, the government's request for permission for COLLEEN R. VILLARREAL, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf of the government is granted.

IT IS SO ORDERED.

DATED: November 13, 2009        /s/John A. Mendez
                                JOHN A. MENDEZ
                                U.S. DISTRICT COURT JUDGE